IRWIN v. ANTHONY.

When the evidence is not in the record, the opinion of a court in over-
ruling a motion for a new trial, will not be reviewed.

And even if the evidence be in the record, the opinion of the court must
have been excepted to at the proper time, or no question is presented.

A bill of exceptions taken at a term subsequent to that at which the
decision excepted to was made—no exception having been taken at
the time the decision was delivered—comes too late, and will not be
regarded as part of the record on appeal.

*Friday,*
*January 16,*
1857.

APPEAL from the *Wayne* Court of Common Pleas.

*Per Curiam.*—*Anthony* sued *Irwin* before a justice of
the peace, and had judgment for 37 dollars and 59 cents.
*Irwin* appealed to the Circuit Court, where there was a
second jury trial, and judgment on the verdict for *An-
thony* for 69 dollars and 75 cents. Motion for a new
trial overruled; but the evidence is not in the record.

There is only one exception taken by *Irwin* to the
ruling of the Court. It appears that at the *April* term,
1855, the appeal was dismissed at *Irwin's* instance; but
reinstated at the same term on affidavit, and the cause
continued. At the *January* term, 1856, the parties ap-
peared by counsel and went to trial. The verdict was
rendered on the 11th of *January*, 1856, and on the 15th
of the same month *Irwin* tendered his bill of exceptions
to the opinion of the Court given in *April*, 1855, rein-
stating the cause on the docket.

*Held*, that, the evidence not being in the record, the
opinion of the Court in overruling the motion for a
new trial cannot be reviewed. *Dougherty* v. *The State*,
5 Ind. R. 453 (1).

*Held*, further, that even if the evidence had been in
the record, yet as the opinion of the Court in that be-
half was not excepted to there was no question raised in
the record. *Zehnor* v. *Beard*, at the present term (2).

*Held*, also, that the bill of exceptions taken at the
*January* term, 1856, to the ruling of the Court in *April*,
1855, no exception being taken at the time the decision

was made, was too late, and could not be regarded as any part of the record.

Judgment affirmed with 5 per cent. damages and costs.

Nov. Term,
1856.

*J. S. Newman* and *J. P. Siddall,* for the appellant.
*C. H. Test* and *J. M. Wilson,* for the appellee.

(1) *Vide Doe* v. *Herr, ante,* 23, 24. (2) *Ante,* 96.